NOSRATILAW, APLC
Omid Nosrati, Esq. (SBN 216350)
Rene Maldonado, Esq. (SBN 289739)
1801 Century Park East, Suite 840
Los Angeles, California 90067
Telephone: (310) 553-5630
Facsimile: (310) 553-5691
Email: omid@nosratilaw.com

Attorneys for Plaintiffs,
MARJORIE SAINT HUBERT,
VALERIE MARTINEZ, and THERESE SVENGERT,
individually and on behalf of all others similarly situated

| | |
|---|---|
| MARJORIE SAINT HUBERT, VALERIE MARTINEZ, and THERESE SVENGERT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> EQUINOX HOLDINGS, INC., a Foreign Corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-00086-VAP-JEMx <br><br> **CLASS ACTION** <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date: July 19, 2024 <br> Time: 1:30 p.m. <br> Dept.: 6A |

**TO ALL PARTIES, THEIR ATTORNEYS OF RECORD AND THIS COURT:**

NOTICE IS HEREBY GIVEN that on July 19, 2024 at 1:30 p.m. in courtroom 6A of the United States District Court, Central District, located at 350 West 1st Street, Los Angeles, California 90012, the Honorable Phillip S. Gutierrez. presiding, Plaintiff MARJORIE SAINT HUBERT ("Plaintiff") will move the Court for an Order pursuant to Federal Rule of Civil Procedure ("FRCP") 23(e):

1. Final approval of the proposed Class Settlement ("Settlement") of $225,000.00 upon the terms and conditions set forth in the Stipulation of Class Settlement and Release ("Settlement Agreement");

2. Final approval of Certification of a Class for settlement purposes only, consisting of the following: The Class Members include all persons employed by Defendant as a Membership Advisor or Senior Membership Advisor in California ("Class Members" or "Settlement Class") at any time from December 1, 2016, to date of preliminary approval ("Class Period") as follows:

   a. who were not provided with duty-free first meal periods and who were not paid one additional hour of pay at the employee's regular rate for each day that a duty-free first meal period was not provided;

   b. who were not provided first meal periods by the end of the fifth hour of work, and who were not paid one additional hour of pay at the employee's regular rate for each day that a duty-free first meal period was not timely provided;

   c. who were not provided second meal periods when working in excess of 10 hours in a day, and who were not paid one additional hour of pay at the employee's regular rate for each day that a second meal period was not provided;

   d. who were not provided with duty-free rest periods and who were not paid one additional hour of pay at the employee's regular rate for each day that a rest period was not provided;

   e. who worked off-the-clock and therefore, were not paid for all hours worked, including any overtime compensation owed for hours worked in excess of 8 hours each day or 40 hours in each week, as well as any double-time compensation owed for hours worked in excess of 12 hours each day during the Class Period.

3. Final approval of an order appointing CPT Group as the Claims Administrator and final approval of the Claims Administrator's costs for administering the Class Notice of Settlement ("Class Notice") in the amount of $20,000.00.

4. Final approval appointing Plaintiff MARJORIE SAINT HUBERT as the Class Representative and approving the Class Representative Enhancement Payment to Plaintiff, MARJORIE SAINT HUBERT in the amount of $5,000.00.

5. Final approval of Omid Nosrati, Esq. of NOSRATILAW, APLC as class counsel ("Class Counsel") for the Settlement Class; and

6. Final approval of Class Counsel's request for attorneys' fees in the amount of twenty-five percent (25%) of the Gross Settlement Payment (or, $56,250.00), and litigation costs in the amount of $4,331.00.

This Motion shall be based upon the accompanying Memorandum of Points and Authorities, the Declaration of Omid Nosrati, Esq., the Declaration of MARJORIE SAINT HUBERT, the Settlement Agreement, the declaration from the third-party administrator, the complete records and pleadings filed in this action, and any additional written and/or oral evident presented at or before the hearing of this motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which was initiated at the mediation on September 9, 2022. This motion is unopposed.

Dated: June 18, 2024                                          NOSRATILAW, APLC


                                                              /s/ Omid Nosrati
                                                        By:   OMID NOSRATI
                                                              Attorney for Plaintiff,
                                                              MARJORIE SAINT HUBERT

3

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT