# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. 2:21-cv-00086-PSG(SSCx) | Date July 19, 2024 |
| Title Marjorie Saint Hubert et al v. Equinox Holdings, Inc. et al | Page 1 of 1 |

**Present: The Honorable PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE**

| Derek Davis | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Omid Nosrati | Adam Siegel |

**Proceedings:** Final Approval Hearing, Plaintiff's Motion for Settlement Approval of Class Action Settlement [71], Plaintiff's Motion for Attorney Fees, Costs, and Enhancement Award [72]

The case is called and counsel state their appearances. The Court and counsel confer. The Final Approval Hearing, Plaintiff's Motion for Settlement Approval of Class Action Settlement [71], Plaintiff's Motion for Attorney Fees, Costs, and Enhancement Award [72] are taken **UNDER SUBMISSION**.

**IT IS SO ORDERED**.